NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILLIAM McGEE,                                )
a/k/a WILLIAM JACQUES McGEE,                  )
                                             )
          Appellant,                         )
                                             )
v.                                           )          Case No. 2D17-1633
                                             )
STATE OF FLORIDA,                            )
                                             )
          Appellee.                          )
_____          )

Opinion filed March 7, 2018.

Appeal from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

Howard L. Dimmig, II, Public Defender, and
Jean Marie Henne, Special Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, CRENSHAW, and SALARIO, JJ., Concur.